UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | |
|---|---|
| BRUCE DEWAYNE HALEY,  ) | |
| ) | |
| Petitioner,  ) | |
| ) | Civil Action No. 5:22-CV-191-CHB |
| v.  ) | |
| ) | |
| DANIEL AKERS, Warden,  ) | **JUDGMENT** |
| ) | |
| Respondent.  ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Consistent with the Memorandum Opinion and Order entered this date and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is **ORDERED** and **ADJUDGED** as follows:

1. Bruce Haley's petition for a writ of habeas corpus **[R. 1]** is **DENIED** without prejudice.

2. This is a **FINAL** and **APPEALABLE** Judgment.

This the 26th day of October, 2022.

CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY